MARY E. DAWKINS v. GULF, COLORADO & SANTA FE RAILWAY COMPANY.

No. 6637.

**Damages—Negligence.**—No damages can be recovered against a railway company for injury to a child, at the suit of the parent, inflicted while riding on a hand car furnished by the company for the exclusive use of its hands, when the child went upon the car to make the trip during which it was injured with the consent of the parent— no negligence or cause of injury being shown except that of permitting so young and inexperienced a child to ride on such a car.

APPEAL from Brown. Tried below before Hon. J. C. Randolph.

The character of this case will be seen from the opinion, in connection with the opinion in The Gulf, Colorado & Santa Fe Railway v. Dallas Dawkins, *ante,* 228.

*Harrell & Wilkinson,* for appellant.

*J. W. Terry,* for appellee.

HENRY, ASSOCIATE JUSTICE. — This suit involves the same facts as did the case of Dallas Dawkins against the same defendant, this day decided.

Appellant is the mother of Dallas Dawkins, and sues for damages for expense of medical attention, and for nursing him, and loss of his services during minority.

Judgment was rendered for the defendant upon the verdict of a jury.

Plaintiff, as a witness, testified that the child went upon the hand car to make the trip on her business, and with her knowledge and consent. No negligence or cause of the injury is proved except that of permitting such a young and inexperienced child to ride on such a car.

The judgment is affirmed.

*Affirmed.*

Delivered May 9, 1890.